1  WO

6  **UNITED STATES DISTRICT COURT**

7  **DISTRICT OF ARIZONA**

| | |
|---|---|
| Water Tec of Tucson, Inc., an Arizona corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Water Tec International, Inc., an Arizona corporation,<br><br>　　　　Defendant.<br>_____<br>Richard J. DeGrave and Lupita DeGrave, husband and wife,<br><br>　　　　Plaintiffs/Counterdefendants,<br><br>v.<br><br>Water Tec of Tucson Inc., an Arizona corporation, et al.,<br><br>　　　　Defendants/Counterplaintiffs.<br>_____ | CV 09-434 TUC DCB<br>(LEAD)<br><br><br><br><br><br><br><br><br>CV 12-747 TUC DCB<br>(CONSOLIDATED)<br><br><br><br><br><br><br><br><br>**ORDER TO SEAL** |

**IT IS ORDERED** that the Motion to File Sealed Document (Doc. 126) is GRANTED; the Clerk of the Court shall file the Lodged Proposed Water Tec Opposition to Motion for Judgment on the Pleadings (Doc. 127) UNDER SEAL.

DATED this 17th day of September, 2013.

David C. Bury
United States District Judge